IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN LYNN,
    Petitioner

v.

SUPERINTENDENT WAHL,
    Respondent

: No. 1:23cv1567
:
: (Judge Munley)
:
: (Magistrate Judge Camoni)
:

## ORDER

Before the court is a Report and Recommendation ("R&R") from United States Magistrate Judge Sean A. Camoni regarding John Lynn's petition for writ of habeas corpus, which was filed pursuant to 28 U.S.C. § 2254. (Doc. 22). The R&R recommends that Lynn's petition be denied.

Pursuant to the Rules of Court for the Middle District of Pennsylvania, the petitioner had fourteen (14) days to object to the R&R. M.D.PA. L.R. 72.3. No objections to the R&R have been filed and the time for such filing has passed.

In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court thus finds neither clear error on the face of the record nor a manifest injustice in Magistrate Judge Camoni's analysis, and therefore, the court will accept the R&R and adopt it in its entirety.

It is thus hereby **ORDERED** as follows:

1) The R&R, (Doc. 22), is **ADOPTED**;

2) Lynn's petition for writ of habeas corpus, (Doc. 1), is **DENIED**; and

3) The Clerk of Court is directed to close this case.

Date: 12/30/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court